UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY A. BENCIVENGO)**

| UNITED STATES OF AMERICA, | CASE NO.:   21-cr-1293-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| MINDY LYNN CONNER, | |
| Defendant. | |

Upon joint motion filed and good cause shown,

**IT IS HEREBY ORDERED** the motion to continue the hearing is granted. Ms. Conner's Motion Hearing/Trial Setting currently scheduled for April 8, 2022, shall be rescheduled to May 20, 2022, at 10:30 a.m.

The court finds that time is excludable from April 8, 2022, through May 20, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and that for the reasons listed in the joint motion and incorporated by reference herein, the ends of justice served by granting the requested continuance outweigh the best interest of the public and Ms. Conner in a speedy trial.

**IT IS SO ORDERED.**

DATED:   4/5/2022

**HON. CATHY ANN BENCIVENGO**
United States District Court Judge