# EXHIBIT B

November 17, 2021

Mindy Conner
Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701

Subject: Personal Statement

Your Honorable Judge ,

I appreciate your time in reviewing my statement and consideration of my circumstance. I want to start off with apologizing to all parties involved. Motivated by my ongoing drug addiction I allowed myself to commit a crime in desperation to sustain my dependence. I accept full responsibility for my actions and understand the seriousness of my offence.

Being sober these past months have been life changing. After my stroke, I did not care whether I lived or died. I did not realize the depths of my depression until I arrived in jail. I am confident that my time in detention to date has saved my life. Prior to my arrest, my days were distressing and humiliating. The physical damage from my stroke were extensive, I could not comb my hair, barely walk and even more humiliating, I required assistance to dress. As a result my first month of incarceration was spent in the San Louis medical facility.

My life began to radically change when I arrived in Santa Ana Jail. Influenced by positive and encouraging group of women I found myself engaging in simple exercises, a walking routine and a much improved diet.  Now I maintain a daily yoga session and the walking has evolved to jogging. I have regained my sense of self-worth and believe I have found a new lease on life I never thought possible.

I pledge to you and this court that I am very focused on maintain my sobriety through honest work and dedication. I have proven with support and disciple I am capable of great strides in my emotional and physical wellbeing. I am determined to reclaim my life after decades of addiction and work towards a future as a small business owner helping others. I ask you for a second chance and appeal to your compassion and understanding.

Sincerely,

Mindy Conner