# EXHIBIT C

Nov 17, 2021

Your Honorable Judge,

I feel compelled to write this letter on Behalf of my fellow cellmate Mindy Conner. Since her arrival here in August She was Reserved and almost in a Zombie State living in our Mod. She Started to Come around watching T.V. with us and then Something Changed within her Soul. She Began to Care. Not Just about people but about herself and life. She Started to Smile, workout do physical therapy on her Body as She Suffered a Stroke and has Some issues She Suffers from currently. She has also Reduced her medicine intake and is no longer taking nighttime meds. Her depression has slowly depleated. She is a Joy to Be arround and a Blessing. I know I am Blessed to Call her my friend.

In Conclusion your honor, I am personally Requesting the Courts Concideration in Mindys Sentancencing as She is a new woman and Ready for that Second Chance at life. Sober, Confident, and With God in her heart I Know She Can Suceed and not Repeat her past actions.

Thanks for your time.

Sheila Ritge